

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 26, 2023

**MEMORANDUM ENDORSED**

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      **Re:** *Holmes, et al. v. Mayorkas, et al.*, No. 23 Civ. 3847 (GHW)

Dear Judge Woods:

      This Office represents defendants (the "government") in the above-referenced action in which the plaintiffs seek an order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate the Petition for Alien Relative (Form I-130) filed on behalf of plaintiff Leroy Thaddeus Tavares and the Application to Register or Adjust Status (Form I-485) of Mr. Tavares. I write respectfully, and jointly with the plaintiffs, to request a 90-day stay of this matter, from June 26, 2023, to September 26, 2023.

      On June 22, 2023, USCIS issued the plaintiffs an interview notice relating to the I-485 application of Mr. Tavares, which set the interview for July 25, 2023. The parties may be able to resolve this matter without further intervention of the Court. Accordingly, the requested stay is in the interests of efficiency and conservation of judicial and party resources. *See Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936) (a district court has the "inherent power" to stay a pending action in the interest of judicial economy).

      This is the parties' first request for a stay. The parties further propose providing a joint status update or stipulation and proposed order of dismissal by August 25, 2023. I thank the Court for its consideration of this letter.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   s/ *Nancy Pham*
      NANCY D. PHAM
      Special Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (202) 305-8062
      E-mail: nancy.pham3@usdoj.gov
      *Attorney for Defendants*

cc: Counsel of record (via ECF)

---

Application granted. This case will be stayed through September 26, 2023. The initial pretrial conference currently scheduled for August 25, 2023, and the joint letter and proposed case management plan due in advance of that conference, are adjourned *sine die*. The parties are directed to provide a joint status update or stipulation and proposed order of dismissal by August 25, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: June 27, 2023
New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge