```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
RENEA HOLMES, et al.,                                          :
                                                               :
                                         Plaintiffs,           :     1:23-cv-3847-GHW
                                                               :
                    -v -                                       :     ORDER
                                                               :
ALEJANDRO MAYORKAS, in his official                            :
capacity, Secretary, U.S. Department of                        :
Homeland Security, et al.,                                     :
                                                               :
                                         Defendants.           :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2023

GREGORY H. WOODS, United States District Judge:

On August 24, 2023, the parties submitted a "Stipulation of Voluntary Dismissal." Dkt. No. 17. The Court declines to act on that submission because the parties failed to review and comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 1(F). As Defendant should be aware, Rule 1(F) requires parties seeking dismissal pursuant to FRCP 41(a)(2), rather than FRCP 41(a)(1)(A)(ii), to file an accompanying letter, mindful that the court must make a determination that the dismissal is "on terms that the court considers proper."

Counsel are directed to review those rules and determine whether they are, indeed, requesting that the Court order their proposed dismissal, as provided for under FRCP 41(a)(2), or if, instead, they are stipulating to the dismissal of the action without the need for Court approval under FRCP 41(a)(1)(A)(ii). If the latter, the parties may submit a renewed stipulation of dismissal referring to that subsection of the federal rules by August 30, 2023. If the former, the parties must submit a letter to the Court as required by Rule 1(F) of the Court's Individual Rules of Practice by August 30, 2023.

SO ORDERED.

Dated: August 25, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge