UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

RENEA HOLMES, *et al.,*

                            Plaintiffs,

            -v -

ALEJANDRO MAYORKAS, in his official
capacity, Secretary, U.S. Department of
Homeland Security, *et al.,*

                         Defendants.

---------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:

1:23-cv-3847-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

GREGORY H. WOODS, United States District Judge:

On August 24, 2023, the parties submitted a "Stipulation of Voluntary Dismissal." Dkt. No. 17.  In an order dated August 25, 2023, Dkt. No. 18, the Court declined to act on that submission because the parties failed to review and comply with the Court's Individual Rules of Practice in Civil Cases.  The Court ordered the parties to either submit a renewed stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii), or to submit a letter to the Court as required by Rule 1(F) of the Court's Individual Rules of Practice, by August 30, 2023.  The Court has not received either submission.  The parties are directed to comply with the Court's August 25, 2023 order forthwith, and in any event, no later than September 6, 2023.

SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                   _____
                                       GREGORY H. WOODS
                                   United States District Judge