USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
RENEA HOLMES, *et al.*, :
:
                       Plaintiffs, :   1:23-cv-3847-GHW
:
        -v - :   ORDER
:
ALEJANDRO MAYORKAS, in his official :
capacity, Secretary, U.S. Department of :
Homeland Security, *et al.*, :
:
                      Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On August 24, 2023, the parties submitted a "Stipulation of Voluntary Dismissal." Dkt. No. 17. In an order dated August 25, 2023, Dkt. No. 18, the Court declined to act on that submission because the parties failed to review and comply with the Court's Individual Rules of Practice in Civil Cases. The Court ordered the parties to either submit a renewed stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii), or to submit a letter to the Court as required by Rule 1(F) of the Court's Individual Rules of Practice, by August 30, 2023.

      When the parties failed to meet the August 30, 2023 deadline, the Court entered another order directing them to make the required submissions, this time by September 6, 2023. Dkt. No. 19. Now, once again, the parties have failed to comply with the Court's order. For the third time, the parties are ordered to comply forthwith with the Court's order to either submit a renewed stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii), or to submit a letter to the Court as required by Rule 1(F) of the Court's Individual Rules of Practice, no later than September 11, 2023.

Failure to comply with court orders may result in the imposition of sanctions.

    SO ORDERED.

Dated: September 7, 2023
      New York, New York

                                              GREGORY H. WOODS
                                            United States District Judge